IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:19MJ3029** |
| vs. | (USDC - COLORADO 1:18CR236) |
| WYATT BARRETT, | **ORDER** |
| Defendant. | |

Defendant was previously released on conditions by the District of Colorado, but a Petition was filed alleging he violated the terms of his release by violating the law, using illegal drugs, and engaging in assaultive behavior. A warrant was issued on that Petition, and Defendant was arrested in the District of Nebraska. During the Rule 5 hearing on the Petition, Defendant agreed to be detained for transport to the District of Colorado. Based on the information within the Petition, the court further finds that Defendant cannot be trusted to comply with the conditions of his pretrial supervision pending a detention hearing in Colorado.

Accordingly,

IT IS ORDERED:

The defendant is committed to the custody of the Attorney General or a designated representative for transport to the District of Colorado. During confinement, Defendant shall be held in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the

corrections facility must deliver the defendant to the United States marshal for a court appearance.

March 5, 2019.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge